# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
  v. )   2:09-CR-458-GMN-(RJJ)
)
JACQUELINE BLOUNT, )
)
        Defendant. )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 3, 2012, defendant JACQUELINE BLOUNT pled guilty to Count Forty and Count Forty-Three of a Forty-Three Count Indictment, charging her in Count Forty with Wire Fraud in violation of Title 18, United States Code, Section 1343, and in Count Forty-Three with Possession of Fifteen or More Unauthorized and Counterfeit Access Devices in violation of Title 18, United States Code, Section 1029(a)(3). Indictment, ECF No. 1; Plea Memorandum, ECF No. 64; Minutes of Change of Plea Proceedings, ECF No. 66.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum and the offenses to which defendant JACQUELINE BLOUNT pled guilty. Indictment, ECF No. 1; Plea Memorandum, ECF No. 64; Minutes of Change of Plea Proceedings, ECF No. 66.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code,

Section 982(a)(2)(A) and (a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p):

 1. a spiral bound notebook containing the credit card numbers and identifiers used to commit the fraud;
 2. a Compaq Presario V5000 Laptop, serial number CND6290RGP; and
 3. an *in personam* criminal forfeiture money judgment of $24,303.04 in United States Currency ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JACQUELINE BLOUNT in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

| | |
|---|---|
| 1 | Michael A. Humphreys |
| | Assistant United States Attorney |
| 2 | Daniel D. Hollingsworth |
| | Assistant United States Attorney |
| 3 | Lloyd D. George United States Courthouse |
| | 333 Las Vegas Boulevard South, Suite 5000 |
| 4 | Las Vegas, Nevada 89101. |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

**DATED** this 11th day of September, 2012.

_____
Gloria M. Navarro
United States District Judge