```
 1  PAUL WOMMER, ESQ.
    Nevada Bar No. 0015
 2  629 South Sixth Street
    Las Vegas, NV 89101
 3  Tel: (702) 388-8817
    Fax: (702) 388-8819
 4
 5
 6                  UNITED STATES DISTRICT COURT
 7                       DISTRICT OF NEVADA
                              * * *
 8                                                        VCF
    UNITED STATES OF AMERICA,  ) CASE NO. 2:09-cr-00458-GMN-RJJ
 9                             )
              Plaintiff,       ) SUBSTITUTION OF ATTORNEY
10                             )
    vs.                        )
11                             )
    JACQUELINE BLOUNT,         )
12                             )
              Defendant.       )
13  _____)
14
15      I, the undersigned, JACQUELINE BLOUNT, hereby consents to substitute
16  PAUL E. WOMMER, ESQ., as my attorney of record in place of SHAWN PEREZ,
17  ESQ., in the above-entitled matter.
18      DATED this 11 day of January, 2013.
19
20                              /s/ Jacqueline Blount
                                JACQUELINE BLOUNT
21
22      I, PAUL E. WOMMER, ESQ., do hereby consent to being substituted in as
23  attorney of record in place of SHAWN PEREZ, ESQ., in the above-entitled matter.
24      DATED this ___ day of January, 2013.
25
                                /s/ Paul E. Wommer
26                              PAUL WOMMER, ESQ.
                                Nevada Bar No. 0015
27                              629 South Sixth Street
                                Las Vegas, NV 89101
28
```

1 | I, SHAWN PEREZ, do hereby consent that PAUL E. WOMMER, ESQ. may be
2 | substituted in my place in the above-entitled matter.
3 | DATED this 12th day of January, 2013.

*[Signature]* (Signed with his permission)

_____
SHAWN R. PEREZ, ESQ.
Nevada Bar No. 010421
633 South Fourth Street, #7
Las Vegas, Nevada 89101

IT IS SO ORDERED.

*[Signature]*

_____
UNITED STATES ~~DISTRICT JUDGE~~

DATED: 1-28-2013