1  CARMINE J. COLUCCI, ESQ.
   CARMINE J. COLUCCI, CHTD.
2  Nevada Bar No. 0881
   629 South Sixth Street
3  Las Vegas, Nevada  89101
   (702) 384-1274
4  (Fax) 384-4453

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                                * * *
                                                              VCF
9  UNITED STATES OF AMERICA,      )  CASE NO. 2:09-cr-00458-GMN-~~RJJ~~
                                  )
10              Plaintiff,        )  SUBSTITUTION OF ATTORNEY
                                  )
11 vs.                            )
                                  )
12 NARIS BLOUNT,                  )
                                  )
13              Defendant.        )
                                  )
14 _____ )

15     I, the undersigned, NARIS BLOUNT, hereby consents to substitute
16 CARMINE J. COLUCCI, ESQ., of the law firm of CARMINE J. COLUCCI, CHTD.,
17 as my attorney of record in place of the FEDERAL PUBLIC DEFENDER in the
18 above-entitled matter.
19     DATED this 10th day of January, 2013.

20

21                                     _____
22                                     NARIS BLOUNT

23     I, CARMINE J. COLUCCI, ESQ., do hereby consent to being substituted in
24 as attorney of record in place of the FEDERAL PUBLIC DEFENDER in the
25 / / / / /
26 / / / / /
27 / / / / /
28 / / / / /

above-entitled matter.

DATED this 10th day of January, 2013.

          CARMINE J. COLUCCI, CHTD.

          /s/ Carmine J. Colucci
          CARMINE J. COLUCCI, ESQ.
          629 South Sixth Street
          Las Vegas, Nevada 89101

The FEDERAL PUBLIC DEFENDER does hereby consent that CARMINE J. COLUCCI, ESQ. may be substituted in his place in the above-entitled matter.

DATED this 11th day of January, 2013.

          RENE L. VALLADARES
          FEDERAL PUBLIC DEFENDER

          /s/ Rebecca Forenten for PR
          PAUL D. RIDDLE, ESQ.
          Assistant Federal Public Defender
          411 E. Bonneville Avenue, Suite 250
          Las Vegas, Nevada 89101

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT JUDGE~~

DATED: 1-28-2013